JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES KUSH, LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:20-cv-05792-RGK-GJS<br><br>~~[PROPOSED]~~ ORDER DISMISSAL WITH PREJUDICE  [18] |

///
///
///

1

~~[PROPOSED]~~ ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Perla Mageno ("Plaintiff") and Los Angeles Kush, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 11/24/2020

_____
UNITED STATES DISTRICT JUDGE